The Honorable Timothy W. Dore

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JAN LITTLE-WASHINGTON and KEVIN WASHINGTON,<br><br>Debtors.<br>―――――――――――――<br>JAN LITTLE-WASHINGTON and KEVIN WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE SERVICES CORPORATION, OCWEN FINANCIAL CORPORATION, SILVER STATE FINANCIAL SERVICES, INC. D/B/A SILVER STATE MORTGAGE, MERSCORP HOLDINGS INC., HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, and DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No. 19-13722-TWD<br><br>Adversary No.<br><br>COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE |

COMES NOW the Plaintiffs, Jan Little-Washington and Kevin Washington, by and through the undersigned attorney, and states and alleges as follows:

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE - Page 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 1 of 6

## I. PARTIES AND JURISDICTION

1. Plaintiffs. Plaintiffs are husband and wife and the Debtors in chapter 13 case number 19-13722, filed on October 9, 2019.

2. Defendant PHH Mortgage Corporation. Upon information and belief, Defendant PHH Mortgage Corporation (hereinafter referred to as "Defendant PHH") is a New Jersey Profit Corporation doing business in the state of Washington. P Defendant PHH merged with Ocwen Loan Servicing, LLC and is using the PHH Mortgage Corporation name on or about August 7, 2019.

3. Defendant Ocwen Financial Corporation. Upon information and belief, Defendant Ocwen Financial Corporation is a Florida Financial Corporation doing business in the state of Washington through PHH Mortgage Corporation.

4. Silver State Financial Services, Inc. d/b/a Silver State Mortgage was a Nevada corporation formed on June 29, 1994 and dissolved on June 30, 2008 and the registered agent resigned on June 23, 2009.

5. Defendants Mortgage Electronic Registration Systems Inc. and MERSCORP Holdings Inc. Upon information and belief, Defendant Mortgage Electronic Registration Systems Inc. is a Delaware corporation doing business in the State of Washington. Upon information and belief, Defendant MERSCORP Holdings Inc. is the parent company of Defendant Mortgage Electronic Registration Systems Inc. and is a Delaware corporation doing business in the State of Washington. Collectively, these Defendants are hereinafter referred to as "MERS".

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE - Page 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 2 of 6

6. Defendant HSBC Bank USA, National Association, as Trustee, is a National Banking Association headquartered in Tysons, Virginia, and doing business in the state of Washington.

7. Defendants Deutsche Bank Securities Inc. Upon information and belief, Defendant Deutsche Bank Securities Inc. is a New York Asset Management company doing business in the State of Washington. Deutsche Bank Securities Inc. was previously identified by PHH Mortgage Corporation as the beneficiary of the Deed of Trust at issue in this case.

8. Jurisdiction. This adversary proceeding is one arising in the Chapter 13 case of the above-named debtor now pending in this Court. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 151, 157, 1334. This adversary proceeding is commenced pursuant to BR 7001 *et seq* and 11 U.S.C. §§ 502 (b)(1) and 506 (d).

9. Venue. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A), (B), (K) and/or (O).

**II. CAUSE OF ACTION: Avoidance /Objection to Claim and Quiet Title**

10. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 5 above, inclusive as though fully set forth herein.

11. On or about September 28, 2006, the debtor executed a Note in favor of "Silver State Financial Services, Inc." in the principal amount of $81,000.00 (the "Note"). A true and correct copy of the note is attached hereto as **Exhibit A**.

12. On or about October 3, 2006, a Deed of Trust dated August 16, 2006 was recorded against the debtor's property located at 3527 South Hudson St., Seattle, WA 98118 (APN 26650-0065-08), legally described as:

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE - Page 3

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 3 of 6

> LOTS 11 AND 12, BLOCK 1, FRYE'S ADDITION TO COLUMBIA, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 9 OF PLATS, PAGE 87, IN KING COUNTY, WASHINGTON.

as a second encumbrance in the amount of $81,000.00 (King County Recorder's Recording No. 20061003002199) A true and correct copy of the note is attached hereto as **Exhibit B**.

13. The Deed of Trust named Silver State Financial Services, Inc. d/b/a Silver State Mortgage ("Silver State") as the "Lender" and Defendant MERS as both the "Beneficiary" and "nominee for Lender."

14. Upon information and belief, and Plaintiffs thereupon allege, no assignment of the Deed of Trust has been recorded with the King County Recorder following the dissolution of the corporation by the Nevada Secretary of State on June 30, 2008.

15. Notwithstanding the preceding paragraph, upon information and belief, and Plaintiffs thereupon allege that Defendant Deutsche Bank Securities Inc. is or was the "account's current creditor."

16. Upon information and belief, and Plaintiffs thereupon allege the servicer engaged by either Defendant Deutsche Bank Securities Inc. or Defendant Silver State, its successors and assigns, or Defendant Ocwen Financial Corporation, or Defendant MERS, or HSBC Bank USA, is or was Defendant PHH, formerly known as Ocwen Loan Servicing, LLC.

17. Upon information and belief, and Plaintiffs thereupon allege that they ceased making payments on this encumbrance more than six years prior to the filing of their bankruptcy filing, if not earlier. Since that time, neither Defendant Silver State, its successors and assigns, Defendant PHH, or Defendant Ocwen Financial Corporation, or Defendant MERS, or HSBC Bank USA, or Defendant Deutsche Bank Securities Inc. have made any effort to enforce the obligation on the Note.

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE - Page 4

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 4 of 6

18. On or about July 10, 2015, Ocwen Loan Servicing, LLC, predecessor to Defendant PHH, caused the 1099-C attached as Exhibit B to be sent to the Plaintiff Kevin Washington, indicating that the loan at issue (ending in account number 3174) was cancelled. Box 6 of this 1099-C indicates the reason for cancellation is "Other actual discharge before identifiable event." A true and correct copy of the 1099-C is attached as **Exhibit C** to the complaint.

19. In spite of this cancellation of debt and admission that the debt was discharged, neither PHH nor it's predecessor Ocwen Loan Servicing, LLC have filed a reconveyance of the deed of trust securing this now cancelled loan.

20. This cancellation debt is further supported by the MERS ServicerID-Results report from a search done on the MIN number of this loan, showing the MIN status as "Inactive", attached as **Exhibit D** to the complaint.

21. The Plaintiffs in this action filed a proof of claim on creditor's behalf on January 16, 2020 as Claim No. 10 in the underlying bankruptcy case, Bk No. 19-13722-TWD. The proof of claim was filed within thirty days of the claims filing deadline of December 18, 2019 as allowed under 11 U.S.C. § 501 (c).

22. Claim no. 10 should be disallowed under 11 U.S.C. § 502 (b)(2) because it is unenforceable against the debtors and property of the debtors under any agreement or applicable law because it has been cancelled.

23. 11 U.S.C. § 506 (d) provides "To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void". Thus, for the reasons stated in paragraph 22, since secured claim 6 is disallowed, it should thus be avoided.

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION
TO CLAIM AND QUIET TITLE - Page 5

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 5 of 6

24. Pursuant to RCW 4.16.040 (1) an action upon a contract in writing is required to be commenced within six years.

25. In turn, RCW 7.28.300 provides that the record owner of real estate may maintain an action to quiet title against the lien of a mortgage or deed of trust on the real estate where an action to foreclose such mortgage or deed of trust would be barred by the statute of limitations and may have a judgment quieting title against such a lien.

26. As such, any actions to foreclose the Note and Deed of Trust are now barred by the statute of limitations and the Plaintiffs are entitled to quiet title against under RCW 7.28.300.

WHEREFORE, Plaintiff prays for judgment on this complaint, as may be amended from time to time, as follows:

a) For avoidance of the Deed of Trust in favor of Defendant(s) pursuant to 11 U.S.C. § 506 (d);

b) For disallowance of claim number 10 as previously cancelled;

c) For recovery of attorney fees and costs, to the extent recoverable under applicable law and the evidence submitted to the Court;

d) For attorney's fees and costs pursuant to RCW 4.84.330;

e) For judgment quieting title on the Deed of Trust on the Plaintiffs' Property.

f) For such further relief as this Court deems just in the premises.

DATED this May 5, 2020.

HENRY & DEGRAAFF, P.S.

By: /s/Christina L Henry
Christina L Henry, WSBA #31273
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595
chenry@hdm-legal.com

COMPLAINT TO AVOID DEED OF TRUST LIEN, OBJECTION TO CLAIM AND QUIET TITLE - Page 6

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 6 of 6