# EXHIBIT C

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1. Date of identifiable event<br>07/10/2015 | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|---|---|
| OCWEN<br>P.O. Box 24646<br>West Palm Beach, FL 33416-4737<br><br>If you have any questions, call toll-free: 1-800-746-2936 | | 2. Amount of debt discharged<br>$ 76,748.02 | **2015**<br>Substitute<br>Form 1099-C | |
| | | 3. Interest if included in box 2<br>$ 0.00 | | |
| | | 4. Debt description<br>Mortgage-3527 S Hudson St<br>Seattle, WA 98118-1917 | | Copy B<br>For Debtor<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address (including apt. no.), city, state, and ZIP code<br><br>KEVIN L WASHINGTON<br>5133 S ORCAS ST<br>SEATTLE WA 98118-2560 | | 5. If checked, the debtor was personally liable for repayment of the debt . . . . . ☐ | | |
| CREDITOR'S federal identification number<br>01-0681100 | DEBTOR'S identification number<br>XXX-XX-2995 | | | |
| Account number (see instructions)<br>████████3174 | | 6. Identifiable event code<br>I | 7. Fair market value of property<br>$ 309,820.00 | |

Substitute Form **1099-C**   (keep for your records)   Department of the Treasury - Internal Revenue Service

3527 S Hudson St

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the creditor has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note. If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

