The Honorable Timothy W. Dore

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JAN LITTLE-WASHINGTON and KEVIN WASHINGTON,<br><br>Debtors.<br><br>―――――――――――――――――――<br><br>JAN LITTLE-WASHINGTON and KEVIN WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE SERVICES CORPORATION, OCWEN FINANCIAL CORPORATION, SILVER STATE FINANCIAL SERVICES, INC. D/B/A SILVER STATE MORTGAGE, MERSCORP HOLDINGS INC., HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, and DEUTSCHE BANK SECURITIES INC,<br><br>Defendants. | Case No. 19-13722-TWD<br><br>Adversary No.<br><br>NOTICE REGARDING FINAL ADJUDICATION AND CONSENT |

NOTICE REGARDING FINAL ADJUDICATION
AND CONSENT - Page 1

HENRY & DeGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1-5    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 1 of 2

PLEASE TAKE NOTICE that the Plaintiffs bring this Complaint in accordance with Fed. R. Bankr. P. 7008(a) and 7012(b) (1). This matter is a core proceeding and requires consent by the parties to entry of final orders or judgments by the bankruptcy judge. If consent is necessary, the party consents.

DATED this May 5, 2020.

HENRY & DEGRAAFF, P.S.

By: */s/Christina L Henry*
Christina L Henry, WSBA #31273
787 Maynard Ave S
Seattle, WA 98104
Tel# 206-330-0595
chenry@hdm-legal.com

NOTICE REGARDING FINAL ADJUDICATION
AND CONSENT - Page 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 1-5    Filed 05/05/20    Ent. 05/05/20 20:02:58    Pg. 2 of 2