Entered on Docket September 3, 2020

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No. 19-13722-TWD |
| JAN LITTLE-WASHINGTON and KEVIN WASHINGTON, | Chapter 13 |
| Debtors. | Adversary No. 20-01033-TWD |
| _____ | ORDER GRANTING DISMISSAL WITH PREJUDICE |
| JAN LITTLE-WASHINGTON and KEVIN WASHINGTON, | |
| Plaintiffs, | |
| v. | |
| PHH MORTGAGE SERVICES CORPORATION, OCWEN FINANCIAL CORPORATION, SILVER STATE FINANCIAL SERVICES, INC. D/B/A SILVER STATE MORTGAGE, MERSCORP HOLDINGS INC., HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, and DEUTSCHE BANK SECURITIES INC., | |
| Defendants. | |

ORDER GRANTING DISMISSAL WITH PREJUDICE - Page 1

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Pursuant to the stipulation of the parties as set forth on the Stipulated Motion for Dismissal with Prejudice filed concurrently, it is hereby

ORDERED that Claim 10 filed in this bankruptcy case by the debtors is disallowed in its entirety; and

IT IS FURTHER ORDRED that this adversary proceeding is dismissed with prejudice and without costs or attorney's fees to either party.

///End of Order///

Presented by:

| HENRY & DEGRAAFF, P.S. | WRIGHT FINLAY & ZAK |
|---|---|
| By:/s/Christina L Henry<br>Christina L Henry, WSBA #31273<br>787 Maynard Ave S<br>Seattle, WA 98104<br>Tel# 206-330-0595<br>chenry@hdm-legal.com | By: Joseph T. McComick III<br>Joseph T. McCormick, III, WSBA# 48883<br>612 S. Lucile St, Ste 300<br>Seattle, WA 98108<br>Tel# 415-230-4350<br>jmccormick@wrightlegal.net |

ORDER GRANTING DISMISSAL WITH PREJUDICE - Page 2

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 20-01033-TWD    Doc 11    Filed 09/03/20    Ent. 09/03/20 14:53:52    Pg. 2 of 2